**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Planned Parenthood Southwest
Ohio Region, *et al.*,

      Plaintiffs,

                                  Case No. 1:21cv189

           v.                         Judge Michael R. Barrett

Ohio Department of Health, *et al.,*

      Defendants.

### JUDGMENT IN A CIVIL CASE

**[   ]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X ]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   The Motion to Remand (Doc. 7) is granted; the Moton for Attorneys' Fees and Costs is granted (Doc. 22) and this matter is remanded to Hamilton County Court of Common Pleas.

Date: April 8, 2021            __Richard W. Nagel, Clerk_____
                            Clerk

                    By:           *S/Barbara A. Crum*_____
                    Deputy Clerk